UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS EDUARDO SAN JUAN, ) | Case. No. 8:10-CV-00133 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION FOR LEAVE TO** |
| ) | **FILE AMENDED COMPLAINT** |
| FIRST NATIONAL BANK OF OMAHA, ) | |
| ) | |
| Defendant. ) | |

COMES NOW Plaintiff, Luis Eduardo San Juan, pursuant to Fed. R. Civ. P. 15, and moves this Court for leave to file the Amended Complaint attached hereto as Exhibit "A". In support, Plaintiff shows to the Court as follows:

1. This is Plaintiff's first request for leave to amend the Complaint.

2. Plaintiff is seeking leave to include an additional cause of action.

3. Defendant will not be prejudiced by Plaintiff's filing of the Amended Complaint.

WHEREFORE, Plaintiff Luis Eduardo San Juan requests that the Court grant him leave to file the Amended Complaint attached hereto as Exhibit "A".

LUIS EDUARDO SAN JUAN, Plaintiff

By: s/Patrick M. Flood
Patrick M. Flood, #19042
HOTZ, WEAVER, FLOOD, BREITKREUTZ
 & GRANT
444 Regency Parkway Drive, Suite 310
Omaha, NE 68114
(402) 397-1140
(402) 397-1199 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Roderick V. Hannah<br>HANNAH & JANKOWSKI<br>2 South University Drive, Suite 265<br>Plantation, FL 33324 | Patrick J. Barrett<br>FRASER STRYKER PL LLO<br>500 Energy Plaza<br>409 South 17th Street<br>Omaha, NE 68102 |

s/Patrick M. Flood