## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS EDUARDO SAN JUAN, | ) |
| | ) |
| Plaintiff, | ) |
| | )    8:10-CV-00133-LSC-FG3 |
| vs. | ) |
| | )    ORDER |
| FIRST NATIONAL BANK OF OMAHA, | ) |
| | ) |
| Defendant. | ) |

This matter is before the court on plaintiff's motion for leave to file an amended complaint (Doc. 17). Response time has passed, and the court did not receive a response in opposition to the motion. Upon review of the proposed amended complaint, the court finds that the motion should be granted. Pursuant to Fed. R. Civ. P. 15(a) and NECivR 15.1,

**IT IS ORDERED** that plaintiff's Motion (Doc. 17) is granted. Plaintiff shall file and serve the Amended Complaint no later than October 25, 2010. Responses to the amended pleading shall be filed and served within the time allowed by Fed. R. Civ. P. 15(a).

**DATED October 19, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**