IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUIS EDUARDO SAN JUAN, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV133 |
| | ) | |
| V. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF OMAHA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Patrick M. Flood and the firm of Hotz, Weaver, Flood, Breitkreutz & Grant have filed a motion to withdraw as Plaintiff's counsel. In support of the motion, movants represent that irreconcilable differences have arisen with Plaintiff's co-counsel, making it unreasonably difficult for movants to continue to represent Plaintiff. Defense counsel, as well as Plaintiff's co-counsel, have advised the court that they have no objections to the motion.

     Accordingly,

**IT IS ORDERED:**

1. Patrick M. Flood and the firm of Hotz, Weaver, Flood, Breitkreutz & Grant's Motion to Withdraw ([filing 47)](#) is granted.

2. Plaintiff has until October 19, 2011, to secure new local counsel in this matter.

3. The Clerk of Court shall terminate the appearance of Patrick M. Flood and the firm of Hotz, Weaver, Flood, Breitkreutz & Grant as Plaintiff's counsel.

4. The Clerk of Court shall terminate all future notices to Patrick M. Flood and the firm of Hotz, Weaver, Flood, Breitkreutz & Grant in this matter.

**DATED September 19, 2011.**

                                     **BY THE COURT:**

                                     **S/ F.A. Gossett**
                                     **United States Magistrate Judge**