IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS EDUARDO SAN JUAN, ) | CASE NO. 8:10CV133 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| FIRST NATIONAL BANK OF OMAHA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the Defendant's Motion to Strike and Exclude Testimony of Patrick J. Barrett (Filing No. 76). The Motion is supported by a Brief (Filing No. 77) and Index of Evidence (Filing No. 78). Barrett is Defendant's counsel of record in this case.

In the Plaintiff's responsive Brief (Filing No. 80), he states: "Upon further reflection, however, Plaintiff agrees that Mr. Barrett is not an essential witness for his case in chief, and will agree not to call him as a witness at trial." (*Id.* at 2). Accordingly, the Motion to Strike and Exclude Testimony of Patrick J. Barrett will be granted.

IT IS ORDERED:

1. Defendant's Motion to Strike and Exclude Testimony of Patrick J. Barrett (Filing No. 76) is granted;

2. The name of Patrick J. Barrett is stricken from the Plaintiff's witness list.

DATED this 25th day of April, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge