# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LUIS EDUARDO SAN JUAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL BANK OF OMAHA,<br><br>　　　　　　Defendant. | CASE NO. 8:10CV133<br><br>ORDER |

This matter is before the Court on the Defendant's Motion *In Limine* to Strike and Exclude Plaintiff's Proposed Exhibit Nos. 47 and 48 and Related Testimony (Filing No. 83), and the Defendant's Second Motion *In Limine* to Strike and Exclude Plaintiff's Proposed Exhibit Nos. 48 Through 55 and Related Testimony (Filing No. 92). The Defendant has notified the Court that the above captioned case has settled. In light of the parties' settlement, the Motions will be denied, without prejudice.

Accordingly,

IT IS ORDERED:

1. The Defendant's Motion In Limine to Strike and Exclude Plaintiff's Proposed Exhibit Nos. 47 and 48 and Related Testimony (Filing No. 83) is denied without prejudice; and

2. The Defendant's Second Motion In Limine to Strike and Exclude Plaintiff's Proposed Exhibit Nos. 48 Through 55 and Related Testimony (Filing No. 92) is denied without prejudice.

Dated this 13th day of July, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge